UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ATUL DHURANDHAR,<br><br>  Defendant. | CV 08-2004 JSL<br>[CR 99-158(A) JSL]<br><br>ORDER DENYING DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255 |

The motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, of Defendant Atul Dhurandhar was decided without hearing on January 13, 2009. Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

**IT IS HEREBY ORDERED** that the motion of Defendant Atul Dhurandhar to vacate, set aside, or correct sentence, pursuant to 28 U.S.C.§ 2255, be DENIED.

IT IS SO ORDERED.

DATED:   January 13, 2009

_____
J. Spencer Letts
Senior United States District Judge